# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                             **Crim. No. 5:05-CR-121-1H**

**ANTHONY LAMONT ALEXANDER**

On November 29, 2013, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                       I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller                        /s/ Arthur B Campbell  
Jeffrey L. Keller                           Arthur B Campbell  
Supervising U.S. Probation Officer          U.S. Probation Officer  
                                                      310 New Bern Avenue, Room 610  
                                                      Raleigh, NC 27601-1441  
                                                      Phone: 919-861-8677  
                                                      Executed On: January 11, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 12th day of January 2017.

                                                                         Malcolm J. Howard  
                                                                         Senior U.S. District Judge